GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YAKOV SHAAKOV, | Case No. 2:22-cv-01646-GMN-NJK |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TIMEPAYMENT CORP., SYNCHRONY FINANCIAL DBA SYNCB/SAM ASH MUSIC and FREEDOM FINANCIAL ASSET MANAGEMENT, LLC DBA FREEDOM PLUS, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 21, 2022 through and including **November 21, 2022**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

//

1 and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 14th day of October 2022.

| CLARK HILL PLLC | *No opposition* |
|---|---|
| By:  /s/Gia N. Marina, Esq.<br>Gia N. Marina, Esq.<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Michael Kind, Esq.<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  October 17, 2022