Michael R. Brooks
Nevada State Bar number 7287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
mbrooks@hutchlegal.com
*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yakov Shaakov,<br><br>       Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC; Timepayment Corp., Synchrony Financial dba SYNCB/Sam Ash Music Freedom Financial Asset Management, LLC dba Freedom Plus,<br><br>       Defendants. | CASE NO.:   2:22-CV-001646<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FREEDOM FINANCIAL ASSET MANAGEMENT, LLC dba FREEDOM PLUS TO FILE RESPONSE TO COMPLAINT** |

Yakov Shaakov ("Plaintiff"), by and through his counsel of record, and Defendants Freedom Financial Asset Management, LLC dba Freedom Plus ("Defendant") have agreed and stipulated to the following:

WHEREAS, on September 28, 2022, Plaintiff filed a Complaint for damages under FCRA, 15 U.S.C. section 1681. [ECF Dkt. 1].

WHEREAS, the Complaint was served on September 30, 2022.

WHEREAS, Defendant's original deadline to respond to the Complaint was October 21, 2022.

WHEREAS, Plaintiff and Defendant engaged in early discussions to evaluate the allegations and possible settlement, informally agreed to extend Defendant's deadline to respond, and now desire to further extend Defendant's deadline to respond to the Complaint for a period of two (2) weeks in order for parties to further evaluate the allegations and responses, including possible settlement discussions.

NOW, THEREFORE, the parties hereby request this Court to further extend the date for Defendant to respond to the Complaint is extended until **December 10, 2022**.

| | |
|---|---|
| Dated this 30th day of November, 2022 | Dated this 30th day of November, 2022 |
| HUTCHISON & STEFFEN, PLLC | KIND LAW |
| /s/Michael Brooks<br>Michael R. Brooks, Esq. (7287)<br>Peccole Professional Park<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>702-385-2500<br>mbrooks@hutchlegal.com<br><br>*Attorneys for Defendant*<br>*Freedom Financial Asset Management, LLC* | /s/Michael Kind<br>Michael Kind, Esq. (13903)<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>702-337-2322<br>mk@kindlaw.com<br><br>*Attorneys for Plaintiff*<br>*Rosalina Shaakov* |

## **ORDER**

Upon stipulation of the parties and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Deadline for Defendant to respond to the Complaint is December 10, 2022.

**IT IS SO ORDERED.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: December 2, 2022

_____
United States Magistrate Judge