Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Yakov Shaakov*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Yakov Shaakov,<br>　　　　　Plaintiff,<br>　v.<br><br>Experian Information Solutions, Inc., et al.<br>　　　　　Defendants | Case No.: 2:22-cv-01646-GMN-NJK<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Yakov

STIPULATION                          - 1 -

1  Shaakov and Equifax Information Services LLC stipulate to dismiss Plaintiff's
2  claims against Equifax Information Services LLC with prejudice.
3      Each party will bear its own costs, disbursements, and attorney fees.
4      Dated: May 24, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Yakov Shaakov*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

_____
UNITES STATES DISTRICT JUDGE

DATED: May 26, 2023

STIPULATION      - 2 -